IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANNY E. PIERCE,<br><br>        Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>        Defendant. | **8:18CV484**<br><br>**ORDER** |

Pursuant to the stipulation of dismissal without prejudice, Filing No. 17, this case is dismissed without prejudice, each party to bear its own costs.

Dated this 23rd day of July, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge